IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSAL UNDERWRITERS GROUP | CIVIL ACTION |
| VS. | NO. 02-163 |
| DENISE CHAKMAKLIAN | |

### ORDER

AND NOW, this 19th of JUNE, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Marvin Katz to the Honorable Robert F. Kelly.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court