## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNIVERSAL UNDERWRITERS GROUP

        02-mc-163
        District Court Docket Number

      vs.

DENISE CHAKMAKLIAN

Notice of Appeal Filed <u>11/6/02</u>
Court Reporter(s)/ESR Operator(s)      <u>N/A</u>

Filing Fee:
      Notice of Appeal <u>X</u> Paid __Not Paid __Seaman
      Docket Fee    <u>X</u> Paid __Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

_____

_____

_____

Prepared by :_____

<u>James  Deitz</u>
Deputy Clerk Signature/Date

## PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
## THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm